GONZALES COLLEGE AND OTHERS V. F. McHUGH.

The statements of a workman employed by a contractor for building a house
to a third party as to the condition of the walls of the house, and as to
what was done in completing the house after the contractor was dis-
charged, were held to be hearsay evidence and not admissible in favor of
the contractor in a suit by him against the parties with whom he con-
tracted.

ERROR from De Witt.    Tried below before the Hon. Fielding
Jones.

This case was formerly before the Supreme Court, and reported
in the 21st volume of Texas Reports, page 256, to which refer-
ence is made for a statement of the case.    Plaintiff below again
obtained a judgment, and defendants prosecuted an appeal.    The
facts upon which the second appeal was determined, are sufficiently
disclosed in the opinion of the court.

*A. H. Phillips*, for appellants.

*J. J. Holt*, for appellee.

BELL, J.    The judgment of the court below would be affirmed,
but for the erroneous ruling upon the admissibility of the answer
of the witness, William R. Jones, to the 11th interrogatory pro-
pounded to him by the plaintiff, on the 26th of July, 1854.

The statement made by the witness in this answer, of the decla-
rations of Smith, was clearly hearsay.    Smith did not stand in
any relation to the defendants below, which made his declarations
binding upon them, and the testimony of Jones is nothing more
than a recapitulation of what Smith told him about the condition
of the walls, what was done to them after McHugh was discharged,
&c.    The evidence was clearly open to the objection that it was
hearsay.    It was also well calculated to influence the verdict of
the jury, because it had an important bearing upon one of the
main issues before the jury, viz : the value of the work done by
McHugh, and the extent to which the value of his work was im-

paired by the work subsequently done under the direction of the defendants.

For this error, the judgment of the court below is reversed, and the cause remanded for another trial.

Reversed and remanded.